UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RAVEN WAYNE WEST HATHAWAY, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:22-cv-02176-TWP-MKK |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Magistrate Judge submitted her Report and Recommendation on the *pro se* Plaintiff's Complaint for Judicial Review. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation that the ALJ's decision denying Plaintiff benefits be **AFFIRMED**, hereby adopts the Magistrate Judge's Report and Recommendation.

IT IS SO ORDERED.

Date: 1/16/2024

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

RAVEN WAYNE WEST HATHAWAY
602 Indiana Avenue
Veedersburg, IN 47987

Taehee Hwang
Social Security Administration
taehee.hwang@ssa.gov

Julian Clifford Wierenga
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
julian.wierenga@usdoj.gov